

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00580-CV

**IN THE MATTER OF A.C.**, a Child

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2018JUV00416
Honorable Daphne Previti Austin, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order of adjudication is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED February 26, 2019.

Luz Elena D. Chapa, Justice